**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2024

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

Dr. Kenneth Mobley )
_____ )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 2:24-cv-00029-LPR-ERE
Warden Garrett, Warden Ssk, Captain Bledsoe, Walton )
Nurse Potter, Nurse Nickel et al *Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Forrest City FCC (BoP) .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0_____ , and my take-home pay or wages are: $ _____0_____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ‡ Yes    ☒ No
(b) Rent payments, interest, or dividends    ‡ Yes    ☒ No
(c) Pension, annuity, or life insurance payments    ‡ Yes    ☒ No
(d) Disability, or worker's compensation payments    ‡ Yes    ☒ No
(e) Gifts, or inheritances    ‡ Yes    ☒ No
(f) Any other sources    ‡ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $_____0_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A  Except Restitution

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  01/22/2024

_____
Applicant's signature

Kenneth Mobley
_____
*Printed name*

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ _2.00_ on account to his/her

credit at the _Forrest City FCC_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _Forrest City FCC_ _____

_____.

I further certify that during the past six months the applicant's average balance was

$ _$50.00_ .

_01/20/2024_
Date

_____
Signature of Authorized Officer of Institution

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 32493509 |
| Inmate Name: | MOBLEY, KENNETH |
| Report Date: | 12/21/2023 |
| Report Time: | 2:08:31 PM |

| | |
|---|---|
| Current Institution: | Forrest City - FCC |
| Housing Unit: | FOM-Z-A |
| Living Quarters: | Z04-210UAD |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FOR | 12/20/2023 8:41:23 AM | 32 | | | Sales | ($13.20) | | $27.56 |
| FOR | 12/13/2023 8:46:30 AM | 24 | | | Sales | ($7.41) | | $40.76 |
| FOR | 12/8/2023 12:10:11 AM | ZICD1123 - 1173 | | | Debt Encumbrance - Released | | $1.83 | -------- |
| FOR | 12/8/2023 12:10:11 AM | ZICD1123 - 952 | | | Debt Encumbrance - Released | | $0.17 | -------- |
| FOR | 12/8/2023 12:10:11 AM | ZICD1123 | | | Inmate Co-pay | ($2.00) | | $48.17 |
| FOR | 12/7/2023 4:06:15 PM | 33323341 | | | Western Union | $50.00 | | $50.17 |
| FOR | 12/7/2023 4:06:15 PM | 33323341 | | | Pre-Release Transaction | | ($0.50) | -------- |
| FOR | 12/7/2023 4:06:15 PM | ZICD1123 - 1173 | | | Debt Encumbrance | | ($1.83) | -------- |
| FOR | 12/5/2023 3:14:10 PM | ZFRP1223 | | | FRP Quarterly Pymt | $0.00 | | $0.17 |
| FOR | 11/28/2023 8:44:48 AM | 28 | | | Sales | $0.00 | | $0.17 |
| FOR | 11/21/2023 9:47:07 AM | ZICD1123 - 952 | | | Debt Encumbrance | | ($0.17) | -------- |
| FOR | 11/14/2023 8:11:48 AM | 4 | | | Sales | ($21.15) | | $0.17 |
| FOR | 11/2/2023 11:11:31 AM | TL1102 | | | TRUL Withdrawal | ($2.00) | | $21.32 |
| FOR | 10/29/2023 6:47:33 AM | TL1029 | | | TRUL Withdrawal | ($2.00) | | $23.32 |
| FOR | 10/28/2023 4:30:24 AM | 3186-C | | | Legal Fees | $25.00 | | $25.32 |
| FOR | 10/19/2023 8:57:09 AM | 42 | | | Sales | ($3.30) | | $0.32 |
| FOR | 10/13/2023 8:23:33 PM | TL1013 | | | TRUL Withdrawal | ($5.00) | | $3.62 |
| FOR | 10/13/2023 10:56:47 AM | 140 | | | Sales | ($5.75) | | $8.62 |
| FOR | 10/13/2023 10:53:36 AM | 138 | | | Sales | ($35.25) | | $14.37 |
| FOR | 10/12/2023 8:46:49 PM | TL102023 | | | Pre-Release Transaction | | $0.50 | -------- |
| FOR | 10/12/2023 8:46:36 PM | TL1012 | | | TRUL Withdrawal | ($2.00) | | $49.62 |
| FOR | 10/12/2023 2:06:56 PM | 33323285 | | | Western Union | $50.00 | | $51.62 |
| FOR | 10/12/2023 2:06:56 PM | 33323285 | | | Pre-Release Transaction | | ($0.50) | -------- |
| FOR | 10/6/2023 2:57:20 PM | TL1006 | | | TRUL Withdrawal | ($5.00) | | $1.62 |
| FOR | 10/5/2023 12:56:44 PM | 146 | | | Sales | ($24.50) | | $6.62 |
| FOR | 10/3/2023 7:08:44 PM | TL102023 | | | Pre-Release Transaction | | $2.00 | -------- |
| FOR | 9/23/2023 7:30:57 AM | TL0923 | | | TRUL Withdrawal | ($5.00) | | $31.12 |
| FOR | 9/21/2023 1:25:05 PM | 127 | | | Sales | ($6.40) | | $36.12 |
| FOR | 9/21/2023 1:21:27 PM | 126 | | | Sales | ($223.00) | | $42.52 |
| FOR | 9/21/2023 10:57:48 AM | 6446 | | | BP 199 Request - Released | | $25.00 | -------- |
| FOR | 9/21/2023 10:57:48 AM | 6446 | 3186 | | Legal Fees | ($25.00) | | $265.52 |
| FOR | 9/21/2023 6:35:22 AM | TL092023 | | | Pre-Release Transaction | | $51.00 | -------- |
| FOR | 9/20/2023 11:39:29 AM | 6446 | | | BP 199 Request | | ($25.00) | -------- |
| FOR | 9/20/2023 6:35:22 AM | TL092023 | | | Pre-Release Transaction | | $100.00 | -------- |
| FOR | 9/19/2023 6:38:13 PM | TL0919 | | | TRUL Withdrawal | ($5.00) | | $290.52 |
| FOR | 9/17/2023 6:41:43 AM | TL092023 | | | Pre-Release Transaction | | ($50.00) | -------- |
| FOR | 9/16/2023 11:21:24 AM | TL092023 | | | Pre-Release Transaction | | ($100.00) | -------- |
| FOR | 9/15/2023 8:26:38 PM | TL0915 | | | TRUL Withdrawal | ($5.00) | | $295.52 |
| FOR | 9/15/2023 8:06:53 PM | 33323258 | | | Western Union | $300.00 | | $300.52 |

| FOR | 9/15/2023 8:06:53 PM | 33323258 | Pre-Release Transaction | | ($3.00) | -------- |
| FOR | 9/15/2023 6:53:13 AM | TL0915 | TRUL Withdrawal | ($2.00) | | $0.52 |
| FOR | 9/15/2023 6:53:01 AM | TL092023 | Pre-Release Transaction | | $1.83 | -------- |
| FOR | 8/31/2023 3:01:21 PM | 140 | Sales | ($7.80) | | $2.52 |
| FOR | 8/31/2023 7:55:20 AM | 5 | Sales | ($45.10) | | $10.32 |
| FOR | 8/24/2023 6:06:23 PM | 33323236 | Western Union | $50.00 | | $55.42 |
| FOR | 8/24/2023 6:06:23 PM | 33323236 | Pre-Release Transaction | | ($0.50) | -------- |
| FOR | 8/20/2023 5:00:30 AM | 70190402 | Lockbox - CD | $3.30 | | $5.42 |
| FOR | 8/20/2023 5:00:30 AM | 70190402 | Pre-Release Transaction | | ($0.03) | -------- |
| FOR | 8/17/2023 7:54:45 AM | 7 | Sales | $0.00 | | $2.12 |
| FOR | 8/3/2023 7:49:49 AM | 15 | Sales | ($29.50) | | $2.12 |

1 2 3

**Total Transactions: 115**

| | | | | Totals: | $27.56 | ($0.50) |

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FOR | $27.06 | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.56 |
| **Totals:** | **$27.06** | **$0.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$27.56** |

---

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $503.30 | $739.46 | $34.02 | $50.17 | $20.91 | N/A | N/A |