FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2024

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
TAMMY H. DOWNS, CLERK
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

**CASE NO.** 2:24-cv-00029-LPR-ERE

Jury Trial: ☑ Yes ☐ No
(Check One)

I.     Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.     Name of plaintiff: Dr. Kenneth Mobley
       ADC # _____
       Address: P.O. Box 3000-Med, Forrest city ArKansas 72336 BOP

       Name of plaintiff: _____   This case assigned to District Judge Rudofsky
       ADC # _____   and to Magistrate Judge Ervin

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.     Name of defendant: ① Warden Garret / ② Captain Bledsoe / ③ Warden Edge

       Position: Warden, Captain

       Place of employment: FCC Forrest city BOP

       Address: P.O. Box 3000-med Forrest city ARKansas 72836

       Name of defendant: ④ Nurse Putter / ⑤ Nurse Nichols /

       Position: Nurses

4

Place of employment: BOP FCC forrest city Arkansas 72336

Address: P.O. Box 3000-med forred city Arkansas 72336

Name of defendant: Wolverton / Brown / Corner / Wren

Position: S.H.U officers  (5,6,7)

Place of employment: FCC forrest City

Address: P.O. Box 3000-med forrest city Arkansas 72336  (12)

Name of defendant: Mrs. Proctor / unit mnge Walton / Wessner officer  (10) (11)

Position: Worker / unit manager / BOP / Wessner officer  (10) (11) (12)

Place of employment: BOP

Address: P.O. Box 3000-med forrest city Arkansas 72336

II.   Are you suing the defendants in:

☐ ✓ official capacity only
☑ personal capacity only
⬛ both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No X

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐     Court (if federal court, name the district; if state court, name the county): _____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X__   No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? Yes

6

Yes _X_    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Deliberate Indifference - Sexual misbehavior, Sexual Harrassment, PREA violation, violation of Prea Policy & Procedure, Retaliation for Excercising a Constitutionally Protected Action (Fily Prea), violation of Due Process Amendent #5 and 14. violation of Threat, Plaintiff asserts Excessive force, Plaintiff was Assaulted by 3 inmates and the 3 inmates were Never Punished due to Mobley filing Prea. No investigation for the Assult was a form of Retaliation and threats were made on the Plaintiff due to Plaintiff being strip searched Naked in front of other inmates by force (LGBTQ+). Mobley Asserted that it would be a Race Riot (as sis, capt. and Warden Knows) due to 3 white boys Assaulting Mobley and the Blacks wanted to Know who they are so a Riot Could break out. The Warden disspit Knowing of a pending danger to inmates, Mobley, and Staff, Ordered Mobley out of the SHU To go fight. Along with Walton, and Captain Bredsoe, Warden Edge ignored and violated Prea Policy, Retaliated, along with Nurse Potter, and Nurse Nichols who Refused medical Treatment as a form of Retaliation Due to Mobley filing Prea on "their friends" (quote). Wolverton, Sisson, & Garner, Strip Searched the Plaintiff Naked in front of 3 other inmates. ~~████████████████████~~ Mrs. Procter Retaliated, Teased, and Disclosed to 16 inmates Mobley's Prea Information along with Warden Edge. Walton Refuse Grievance forms, Retaliated, Spread Sensitive Prea info with 16 inmates, officer Wessoner Refused Legal mail, Legal work, Blocked Acces to the courts out of Retaliation for Excercising a Constitutionally Protected Action.

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Mobley Request Warden Garrett, Warden Edge, Captain Bledsoe, & Walton Pay 4.5 million for Punctove damages, Pain + Suffering, Extreme Emotional Distress, and Deformation of character. All other Defendants Pay 4.5 million for Punctive Damages, Pain + Suffering, Extreme Emotional Distress A piece, or a Number the Court finds Necessary to Promote Respect for the law! However Wessner Should be Seperate and Pay 6. million in USD or Equal value for Punctive damages, Extreme Emotonal distress, Deformation of Character, Pain + Suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __8th__ day of _February_____, 20 _24_.

Signature(s) of plaintiff(s)

8

Dear Most Honorable Mrs. Tammy H. Downs,

I am an informa Paupers Status individual desperately Needing a Copy of the Attached Brief enclosed with the 1983 Brens.

Could you please find it in your heart to please Send me a Copy?

Thank you very much

And May God Continue to Bless you,

Dr. Kenneth Mobley - 132493509

Po. Box 3000-Med

Forrest city Arkansas 72336

Dr. Kenneth Mobley -32493509
P. O. Box 3000 - Med
Forrest city, Arkansas
72336

Clerk of The Court
United States District Court
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock, Arkansas 72201




