United States District Court
Little Rock
Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 8 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Kenneth Mobley
plaintiff

V

Garrett Et Al

Motion to Add
Defendant

Case 2:24-CV-00029-LPR
ERE

Comes Now the Plaintiff with a
Motion to add Defendant's Guffey
and S.I.S Lt. Marrs,
on or around Feb 7th 2024, Warden
Edse Directed Lt. Marrs to interview the
Plaintiff and Lt Marrs Stated he would
do following Next Day, Lt Marrs Never
Did Come to investigate, interview, or
Obey Warden Edge Command after she
Was Made aware of the Retaliation
for the PREH that was Filed Yet
Marrs Refused to interview, or investigate
Any Attempted Rape, Sexual Misconduct,
PREA Retaliation, and Done No
investigation at all, This Violates

BOP Policy statement, ed is a very unsafe, ad dangerous display of irresponsibility as well as equal protection. Petitioner has been in Solitary Confinement Since July 18th. Today is March 13th 2024. The time in Solitary Confinement with No 5 hours a week out of cell violates policy as well ed is a Clear display of Cruel ad UnUsual Punishment.

Motion to Expidite Plaintiff Request that after IFP Form is Returned if process Can be Expidited. As Every day in Solitary Pass 6 mo's violates policy and law and has already Caused irreparable Harm,

Respectfelly,

Certificate Of Service
This Certifies the following Motion was Sent to the U.S. Court by Way of U.S. Mail on March 13 2024

Kenneth Mobley -32493504
P.O. Box 3000 - med
Forrest city AR 72336

MEMPHIS TN 380

13 MAR 2024 PM 4  L

FREEDOM
FOREVER/USA

Legal

United States District Court
Richard Sheppard
- Clerks Office
600 West Capitol Ave
Suite A-149
Little Rock, Arkansas 72201

Legal