**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

MAY 3 0 2024

2024 MAY 30  A 9 58

TAMMY H. DOWNS

**CASE NO.** 2:24-cv-00029-LPR-ERE

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

**Jury Trial:** ☑ Yes  ☐ No
**(Check One)**

I.    **Parties**

In item A below, place your __full__ name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Kenneth Mobley_____
ADC # _32493509_____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _P.O. Box 3000-med  Forrest city  AR 72336_____

In item B below, place the __full__ name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Warden Garrett, ~~Director~~_____

Position: _Wardens_____

Place of employment: _FCC Forrest city med._____

Address: _P.O. Box 3000-med  Forrest city  AR 72336_____

Name of defendant: _Fcc BOP Medical / Fcc BOP Dental_____

Position: _Medical Company / Dental Company_____

4

Place of employment: FCC forrest cit

Address: Forrest city AR 72336

Name of defendant: officer Walten / Captain Bledsoe

Position: Unt manager          / Captain

Place of employment: FCC forrest cit y

Address: forrest city AR 72336

Name of defendant: Liatinant Marrs / wolverdine / Gurner / unknown officer

Position: SIS Lt/ SHU Workers (Agents)

Place of employment: FCC forrest city

Address: forrest city AR 72336

II.   Are you suing the defendants in:

☐   official capacity only
☐ /   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

□    Court (if federal court, name the district; if state court, name the county):

_____

□    Docket Number: _____

□    Name of judge to whom case was assigned: _____

□    Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

□    Approximate date of filing lawsuit: _____

□    Approximate date of disposition: _____

IV.    Place of present confinement: _BOP/Furrest city Medium FCC_

_P.o. Box 3000-med forrest city AR 72336_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓    No ___

If not, why? ___PREA only all other grievances___
___Where Denied by Unit Manager Walker because he does not___
___like Transgenders.___

**VII.    Statement of claim**

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) <u>Fourth Amendment Claim/Eighth Amendment claim</u>

Wolverine, Coarner, and an Unknown Federal Prison Worker (Guard or Agent) Fully aware that the Plaintiff is Transgender, forced Plaintiff to strip Naked in front of other inmates and Pose for visual search, while making threats to Rip clothes off of the Defendant if he did Not Comply with the order, and also to face further disciplinary actions. Mobley believes this was a violation worthy of filing Prea. This alone was a violation of Mobleys Fourth Amendment command against Unreasonable Searches and Seizures, by Federal agent acting under Color of Federal Authority, and gives Rise to a Federal Cause of Action against the Agent for the Agents Unconstitutional Conduction Nov 5th 2023 @ 6:57Am in the SHU. Mobley was Taken to the SHU after Nearly being Raped but definitly Sexually Assaulted, and was denied proper Reports and timely delay indefinitly of the Sexual Assault or was Still in shock when officers forced mobley to Take of all her clothes in front of other inmates who were of opposite gender, Which Constitutes The Plaintiffs Second claim of Cruel and Unusual Punishment due to Sexual Abuse by Staff and fourth

*[margin: Amendment violation.]*

(See Carlson V. Green, 446 U.S. 14 (1980).
(Also See Davis V. Passman, 442 U.S. 228 (1979).

Cont

7

Pg 7

- Cont from page 7

Therefor Mobley filed PREA (see 34 U.S.C. §§ 30301-30309), A week later

Due to ~~BOP~~ Restrictions, also, under Eighth amendment violation claim of Cruel ed UnUsual Punishment, is Warden Garrett, Warden Edge, SIS Lt. Marcs, Captian Bledsoe, who each Was aware of Not only the Sexual assault by an inmate, but also the sexual misconduct and PREA filing of staff, Refused an adequate investigative Process. All Three Chose to ignore Prea Claim and disRegarded Policy or BOP Program statement 5324.12 which Contains non-discretionary directives requiring BoP officials timely to Report and investigate information Regarding Sexual Assault in BOP facilities.

Due Process (Fifth Amendment)

(see Farah V. Weyker, 926 F. 3d 452 457-58 (8th cir 2019)

Warden Garrett, Warden Edge, S.I.S Lt. Marcs ed Captain Bledsoe Deliberately disRegarded Program statement 5324.12 §§ 115.61(a) which quotes 28 C.F.R. § 115.61's Requirement that the BoP shall Requires staff to Report immediatly and According to BoP Policy + Knowledge, Suspicion, or information Regarding an incident of sexual abuse, or Sexual Harrasment that occurred in a facility, whether or not it is Part of the BOP. They Never Reported inmate on inmate Sexual Assault. They violated Program statement 3420.11, as a form of Hatred for Plaintiff being Transgender. Warden Garrett, ~~Warden~~ Case Unit mgr Walton, ed Captain Bledsoe were also aware of Mobley being Jumped by 3 white Associates of the inmate who sexually Assaulted mobley, yet Refused to Act. This also includes sis Lt Marrs Along with being told by Not only Garrett, but others Named in Brief #1, Mobley was Not Allowed to enjoy Protection under Fifth Amendment's Due Process clause, and Subsequently was Told it was because she is a Transgender and Mobley filed Prea on Co-workers. (see Brief #1) This Damaged or injured Mobley, and Created a Cause of

Action for damages under the Fifth Amendmt, that The Prison officials Named here-in (Garrett, Bledsoe, Walton) (see Affidavits), there Conduct alone Violates the Fifth Amendmt, as there words, and or Conduct was Not Shielded by the Constitution's speech or debate Clause (Art I § 6, cl 1) Due to (1) The equal Protection Component of the Fifth Amendmt's Due Process clause Confers a Federal Constitutional Right to be free from Gender discrimination, ~~and does not ect~~ (2) The Plaintiff by Resting her claim on the Fifth Amendmt's due Process Clause, Claiming violation of Rights under the Fifth Amendmt and an absence of any effective means other ~~than the Judiciary to~~ vindicate Such Rights, was and is an appropriate party to invoke The District Court's General Federal question Jurisdiction, to Seek Relief, and thus has a "Cause of Action" Under the Fifth Amendmt, and (3) a damages Remedy, was appropriate Since there were no difficult questions of Valuation or Causation and No Available Alternative forms of Relief. Plaintiff Believes, Federal Courts must exercise a Principle discretion when Called upon to infer a private Cause of Action directly from the language of the constitution, and that principles of Comity and Seperation of Powers Required staying in the Federal Courts hand in the case at Bar. The defendant's Conduct discriminated against her on the Basis of (Gender) sex in violation of the United States Constitution§ and the Fifth Amendmt. Mobley seeks damages in the form of monetary Relief and Predicates Jurisdiction on 28 USCS § 1331(a)

### A). Negligence Claim/Retaliation

The BOP (Regional), Warden Garrett, Warden Edge, Captain Bledsoe, and Walton, all Where aware of Both the Attempted Rape, sexual Assault by inmate, and Sexual Misconduct by staff and Did not Allow Mobley to Press charges or file Prea on inmate, Due to     Cont-

7    Ps9

Plaintiff filing Prea on staff, which was kept in house in violation of Program statemt 5324.12, and 28 C.F.R § 115.61. Instead Warden Cearcct, Bledsoe, and Walton tried to force Plaintiff out of the STU, back into the Exact Dorm with the known sexual Assaulter, and when Mobley Refused, the Retalitory actions of staff, she was further Punished by way of Disciplinary Incident Reports, Punished of No Phone calls, No visitations in person, or Liberty to Program. The BOP officials at Region (The Director) was sent 5 letters explaining what was going on, and how Cearrett and other Admin, Refuse to Transfer her, or the Sexual Assaulter, or Take a Prea Report or Press charges, or to even interview Mobley about the inccident with the inmate (s) Due to Mobley filing the first Prea on staff.

Mobley Reported both the Sexual Asiault by inmate, and Sexual misbehavior, by staff. Yet Region Refuse to honor Program Statut or Due Process, Safety, Equal Protection, or 28 USCS § 1331 (a), or 5324.12.

Regional BOP, Warden Cearretty, Sis Lt Manns, Captain Bledsoe, and Walton violated the fifth Amendut and where Negligent and also Retaliated till Present date and Continues.

In Most All Cases according to Program statemt, any inmate and staff PREA issues Must Result in Suspect & victim being Seperated. This was Not the case herein. Wardens and Captain and SIS Lt. Manns, Refused to force the Prea offender to Seperate as Required by Program statmt violating Federal Law. BOP Program Statement 5324.12, which specifically addresses Sexual harassment and Abuse in Federal prisons. U.S. Dept of Justice, Fed. BOP Program statemt 5324.12, Sexually Abusive Behavior Prevention and intervention Program, https://perma.cc/62c9-BRK4. The BOP issued Program statement 5324.12 Pursuant to the Prison Rape Elimination Act of 2003 ("PREA") 34 U.SC.

§ 30307 (a)(1), and PREA's implementing regulations, 28. C.F.R § 115.11(a). This Program statement 5324.12 imposes Non-discretionary and Mandatory directions on BOP officials timely to Report and investigate information, and ALso Seperation. This was violated and Continues Today. Information in Program Statement 5324.12 sets out a Number of Relevant non-discretionary duties. When Congress enacted PREA, codified as 34 U.S.C §§ 30301-30309, it found that, despite the insufficient Research that has been conducted and the insufficient data Reported on the extent of prison Rape... Experts have conservatively estimated that at least 13 percent of the inmates in united states have been Sexually Assaulted in Prison." 34 U.S.C. § 30301(2). Accordingly, Congress determined that, under this estimate, Nearly 200,000 inmates Now incarcerated have been or will be the victims of Prison Rape. It further found that most prison staff are Not adequately Trained or prepared to prevent, Report, or Treat inmates of Prea issues, and that Prison Prea issue's (including Rape, Sexual Assault, etc.) often goes unReported, ad innate Victims often Recieve inadequate treatment for the Severe physical or psychological effects of Sexual assault, — if they even Recieve any treatment at All. Mobley was forced to stay in ~~Congress enacted PREA~~ Solitary Confinment for 7 months ad still Counting as we speak, as a form of Negligence, and Retaliation for practicing a Constitutionally Protected Action, (violation of Amdmt one of Constitution. This is because of A Problem or Deliberate Actions on Warden Garrett, Captain Bledsoe, + Lt Manns, to follow Lawful Reporting Requirements.

    We look at Reporting Requirements, Program Statement 5324.12 § 115.61(a) quotes 28 C.F.R § 115.61's Requirement that the BOP shall Require all staff to Report immediately ad According to BOP policy, any

7    P5/1

knowledge, suspicion, or information Regarding an incident of sexual Abuse or Sexual harrassment that occurred in a facility, whether or Not it is part of the BOP: Retaliation against inmates or staff who Report such an incident; and any staff neglect or violation of Responsibilities that may have Contributed to an incident or Retaliation. To Effectuate this Regulatory mandate § 115.61 Requires that all staff Must Report information Concerning incidents or possible incidents of Sexual Abuse or sexual harrassment to operations Lieutenat (Lt Bledsoe), or Where appropriate, in accordance with Program Statent 3420.11, Standards of Employee Conduct" Id § 115.61(a) (emphasis added). Program statent 3420.11 explicitly Prohibits BOP employees from engaging in, or Allowing another person to engage in, Sexual behavior with an inmate. The Program Statent 5324.12 § 115.71(G); 28 C.F.R § 115.71(a) also Provides a specific Reporting chain to be used When a staff member is alleged to have perpetrated Sexually Abusive behavior against an inmate" Mandating that" the Warden be Notified immediately, "who in Turn" Notifies the Regional Director and the office of Internal Affairs (OIA), who in turn Notify the office of Inspector General (OIG), and when appropriate, the federal Bureau of investigations (FBI). This Was Not Done. IF So, Mobley Would have Not been Retaliated on for 7 months, Mobley would have been transfered away from danger. Wolverine, Ceiring Continued to Cuff mobley, Move mobley, Dispit in-hause PREA being filed, as Wardens, Lt, or Captain, OK the issue or Region then to still Make Physical Contact with Mobley While open Prea investigation Starting from Nov 2023 till present day. No Reports have left FCI forrest city Purpusely as Fcc forrest city Could lose funding, So Says Staff

7    Pg 12

See Brief #1 and filed Affidavit(s).

Even it, however, timely Reporting and investigating information Regarding sexual harassment or Assault in a BOP facility were discretionary, a Failure of BOP staff to do so is not a government action susceptible to Policy Considerations. There are, of Course, No legitimate Reasons "grounded in Social, economic, or Political Policy" for failing timely to Report and investigate the sexual Assault or Abuse of a person in BOP Custody. Gaubert, 499 U.S. at 323 (quoting Varig Airlines, 467 U.S. at 814); see also Rosebush, 119 F 3d, at 444. Rather, the Type of Considerations that would impact a BOP official's decision timely to Report and investigate information of sexual Assault would be Personal, e.g., a desire to Protect one's CoWorker, fear, or Retaliation, or Unwillingness to exert the effort to file a Report. Not being immediately Seperated from the staff Perpetrators Created a specific and immediate threat. Mobley has yet to be seperated, Protected, Moved, Transfered, etc, and Today is May 14th 2024.

According to Montez ex rel. Est. of Hearlson V. united states, 359 F. 3d 392 (6th Cir. 2004), Montez's holding — that Conduct undertaken to carry out 18 U.S.C. § 4042(a)'s general goal of keeping inmates safe involves Policy Considerations. Montez holding Relied on different policy Considerations when it Comes to keeping inmates safe. However the defendants Refused, failed or Negligently Rejected such Actions.

Again We could still say this is Cruel or Unusual Punishment, by way of Deliberate actions to Neglect, Retaliate and Punish Mobley or Also Deny Due Process, along with Fifth Amdht violation. Yet It is definitly Retaliation or Negligence.

7  ps13

The PREA Regulations, Promulgated pursuant to federal statute, specifically provide for protection against Retaliation. Mobley is Told because he is A Transgender and Identifies as Female, He Cannot be treated Equally. Staff/defendants have voiced how they do not like Transgender and that the Plaintiff can die slow.

Conclusion

Mobley brings Claims including ~~Eighth Amendment~~ Fifth Amendment Violation Claim Davis V. Passman, 442 U.S. 288 (1979) which involves gender discrimination. Warden Garrett, Warden Edge, Captain Bledsoe, Walton, Wolverton, and Gardner all violated Mobleys Fifth Amendmt (Farah V. Weyker, 926 F.3d 492, 497-SN (8th Cir 2019) However Mobleys Eighth Amendmt Claim should also include Fcc Finest Medical Team or Company as Mobley was Refused Medical Help for fally from bunk, as No XRays were Takin and Resulting in an injury she still feels Today and still seeks Medical Help. Mobley has also been delayed since Oct. 2023 Medical Assistant Treatmt due to PREA or her Gender. Mobley lastly has been denied Dental Care for infection in Mobleys Mouth since July 2023.

The Supreme Court has in fact Cautioned lower Courts not to Expand the Remedy into New contexts, unless Certain "Special Factors" Warrant it.

Mobley further brings a fourth Amendmt Claim for illegal Search or Seizure as Mobley was Stripped Naked

⑦ 1341

And then Searched in front of other inmates which is illegal, a violation of PREA Policy, BOP Policy Statement, and violates Contemporary Standards of decency, and violates the 4th Amendment. And with it's Negligence Claim addressing the BOP's duty to Provide those whom it incarcerated with a Safe environment by enforcing a Policy of a zero tolerance of Sexual Abuse, by BOP officials and in BOP facilities, Has Failed to do so. which has caused Serious injury along with the other claims stated here-in the Complaint. Furthermore officer Guffey appeared with officer Wolverton to Attempt to Cuff Mobley (Soon after filing Prea) to Retaliate, and chose to give Mobley a disciplinary action for filing Prea on his Co-worker.

Constant threats, discriminatory actions such as Spit in food by Guards or BOP employee's, Refused to come out of cell 5 hours a week, instead once every 15 days, Refused Transfer out of Danger or Retaliation, Refused Seperation from perpertrators, Sexual Abusers who are staff working every day in SHU, Making Physical Contact, or Further threatening Remarks, or Actions, Due To Mobley Gender being Female (Transgender), violates Mobley fifth Amendment Rights (Farah V. Weyker, 926 F.3d 492, 497-98 (8th Cir 2019.

The BOP Has discriminated Mobley based on Gender as she is Female, Forced to Change clothes in front of males, Shower in front of males, use bathroom in front of males, Strip Searched by males, Forced to house with males,      ~ cont

Forced to Wear Male Products, and sleep in bunk beds with Males (opposite sex) Making Sexual Assaults Easier, and More Prone. Due to these discriminatory, Negligiant, and Reckless denials of Equal Protection, Due Process Rights, Cruel & Unusual Punishmts Daily, BOP should be held Accountable for violation of Mobley Fifth Amendmt Protections and violation of Constitutional and Civil Rights.

BOP Has Further Discriminated based on Gender, when there is No oversight for Safety of Transgenders, No facility for Transgender, and Has violated Mobleys Protection under Title 9

BOP Should have an oversight Committee, or Policy for Transgender Women to Report Sexual Abuse outside of the Prison she is Confined to, and Should have oversight to stop Retaliation From occurring, or Policy to Oversee Seperation of Perpetrators and victims of Sexual Abuse by staff, at a Mens facility.

BOP shows Deliberate Fifth Amendmt violation, when FBOP is aware of a person like Mobley who Identifies as Female (And it's Noted, Recognized, -Entered in Sentry), But discriminates by Not sending Mobley to a Prison of her gender, but to a facility of opposite gender, violating Title 9 and Claiming Mobley is a Male, when in Fact she is a Female (see Farah V. Weyker, 926 F. 3d 492, 497·58 (8th Cir 2015).

It is also in Policy that once a Sexual Assault between staff and inmate occure a Transfer is Commenced immediatly. This too Was Denied based on Mobley's Gender, as BOP officials Forced Mobley to Stay in Solitary Confinemt, Denied Protective Custody, Denied Transfer for 7 months+, Allowed Retaliation, and Allowed force, Unconstitutional

1326

Punative detention in violation of Due Process, Because Mobley is Transgender Female, who's Rights as a Female have been denied. This is discrimination of Gender.

Furthermore The BOP violated Mobley's fourth Amendment Protection by way of Allowing BOP staff who are Males to force a Female like Mobley to strip Naked in front of Males (inmates and or staff), Requiring her to hand over shirt, bra, Panties, Socks, until completely Naked, then Forced to Pose in various Positions. According to BOP Policy, and Law, Males Cannot physically or visually search Females while Naked. This alone is a violation of fourth Amendment Protection, fifth Amendment Protections, and is done out of discrimination for Gender, After BOP officials Refuse to Accept Mobley's Gender.

Mobley Request Monetary Relief for injuries The Accused which are irreparable, Mobley now has to Take several psych meds for life, Needs Counseling for life, and has a physical back injury which has been Painful daily for almost 9 months, but Refused an x-ray, MRI, or Effective Care or Treatment. This Monetary Relief will help Pay for life long Treatment.

For Reasons Stated Above Mobley Request Injunctive Relief as well, for Transfer to FMC-Facility Closer to Home to Receive Actual Treatment, Care, Counseling, and further examinations, Or to ① Be Transferred to Home detention, where Mobley can Receive Treatment, Counseling, Care and Further examination, From better Care Providers, while Still being Incarcerated at his Home in Louisville Kentucky.

② To be Released from BOP Custody, where Mobley Can

P517

enRoll in Eastern State Hospital in Lexington Ky to Receive Proper Medical Treatment, Mental Health Counseling, Treatment.

For Reasons set forth in this Claim Mobley Request a Speedy Trial or settlement Agreement be expidited to Prevent Further violation of Civil Rights, and to Promote Respect for the Supreme law of the land, The Courts, and Civil Rights.

Further Injunctive Relief Would be to Recommend Compassionate Release to Warden of facility.

Lieutenant Meers Refused to Do his due-diligence and Report Proper Investigate Inmate on Inmate Sexual Assault, or Retaliation, Due to Mobley being Transgender, and Voiced this, as showed by way of Actions as Stated herein, The Lieutent is part of the Reporting Chain, and he Refused to Even interview Mobley or Pass the Report down the chain, including Due Process, and showing Discriminitory Actions based on Mobley's Gender. Officer Walton, Refused Mobley Grievence forms for Complaints Due to Retaliation, Walton Retaliated by coming to Mobleys Cell door to Tease, Say Hurtful derogatory things due to Mobleys Gender (See Affidavits and Brief). Walton discriminated Mobley based on him Not liking Transgenders and Refuse Mobley to exercise a constitutionally Protected Action (Grieve)

## VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite
no cases or statutes.

Mobley Seeks Monetary Relief by: BOP+ $15 million, Warden Garrett + $8 million, Walten + $3 million, Wolverton + $2 million, Warden Edge + $2 million, Captain Bledsoe + $2 million, LT Mares + $5 million, Gardner + $2 million, Walton + $2-million, Dental (BOP)+ $8 million, and Medical (BOP)+ $8 million, All to be Paid immedicatly, Cash, Property or. Mobley Also Seeks Injunctve Relief: ① Transferred to a female facility, or FMC closest to home. ②, Place on Home Detention, ③ To be Released from BOP Custody, (see Complaint + Conclusions Section)

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14th day of May, 20 24.

_Signature(s) of plaintiff(s)_

Exbit /

Nurse Putter has Took me off the Doctors list and Dentist list for 4 weeks Now, and I Really Need to Se a Dentist, and Psch Doctor

Thank you

Kennify Mobly
STU53506

—The RNs do not add or remove inmates from the dental list. We collect dental sick-calls in SHU & give them to the dental department.

9/8/23

K. Putter R.N.
FGC Forrest City, AR

# Bureau of Prisons
## Health Services
## Cosign/Review

80

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOBLEY, KENNETH | | | Reg #: | 32493-509 |
| Date of Birth: | 04/25/1981 | Sex: | M | Race: | BLACK |
| Scanned Date: | 11/27/2023 10:27 EST | | | Facility: | FOM |

**Reviewed by Juchau, Jeffrey (MAT) MD on 12/07/2023 12:02.**

4-212

BP-A1123
APR 19

## INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION

### U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

I, KENNETH MOBLEY , Reg. # 32493-509
hereby authorize my provider, Woodard, Sheila S (MOUD) MD at institution: FOM—FORREST CITY MED FCI
or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is
recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I
understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health
condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an
opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided
to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should
I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe
discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some
symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this
medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting
my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with
prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side
effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other
medical professional.

| Medication Consenting to: |
|---|
| Trazadone |

| Other Issues Discussed: |
|---|
| Depressive disorder Anxiety disorder |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication
as prescribed.

| Inmate Signature: | | Date: | 1-4-2024 |
|---|---|---|---|

Based upon interview, assessment, and medical record review, it is my opinion that this patient ✔ does __ does not have decision-
making capacity to give informed consent.                    J. Lamarre, FNP-BC
                                                                                    FCC Forrest City
Provider Signature: J. Lamarre                    Date: 01-25-24

### Provider Use for Special Circumstances Only:

__ Patient verbally consents to the recommended medication(s), but refuses to sign because:

_____

Provider Signature: _____    Date: _____

PDF                              Prescribed by P6010

# Bureau of Prisons
# Health Services
# Cosign/Review

27

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOBLEY, KENNETH | | | Reg #: | 32493-509 |
| Date of Birth: | 04/25/1981 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/30/2024 13:54 EST | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MOUD) MD on 02/20/2024 08:18.**

*Exhibit 2*

| | | | |
|---|---|---|---|
| Inmate Name: MOBLEY, KENNETH | | | Reg #: 32493-509    19 |
| Date of Birth: 04/25/1981 | Sex: M  Race: BLACK | Facility: FOM |
| Encounter Date: 11/09/2023 15:38 | Provider: Martin, Cindy RN | Unit: Z04 |

Review Medications (prescription and OTC), allergies & health problems.

_x_Y___N Patient alleges that they were sexually assaulted or sexually harassed?
Comments (Describe in detail what happened):

__x_Y___N Notifications made to Operations Lieutenant and Psychology Services? DO NOT begin injury assessments prior to notifications, unless there is obvious bleeding or a medical emergency.
Comments:
x__Y___N Did custody staff bring the patient for a PREA assessment? If no, where is the exam being performed?
Comments:

_x__Y___N History of sexual activity and rape reviewed?
Comments:

___Y_x__N Injury assessment completed, with chaperone, without compromising forensic evidence? If blanket is available, have the patient strip down on the blanket. Place blanket in PAPER bag.
Comments:

___Y_x__N Was necessary emergency care provided for any trauma, attempting to preserve forensic evidence?
Comments (Describe the injuries and any attempts to preserve evidence):

PROCEED TO "VICTIM" OR "PERPETRATOR EVALUATION" AS APPROPRIATE.

IF A CLINICIAN HAS TO RESPOND TO A SITUTIATION IN WHICH A CONTRACTOR AND/OR STAFF MEMBER ARE INJURED AND REQUIRE CARE, ALL DOCUMENTATION IS DONE VIA MEMO TO THE SIA.

Additional Comments:

**ASSESSMENT:**

Condition Stable

Inmate escorted by officer to urgent care room for PREA assessment. Inmate is alert and oriented to person, place, and time. Calm and cooperative. BP elevated, will put on BP checks. States seen provider today and should have BP medication renewed.

Upon assessment Inmate states the incident happen on Sunday, November 5th, at approximately 0800 in the morning. Inmate states he identifies as transgender, and he did not feel comfortable change in front of the other inmates. Inmate states he was in the first holding cell in SHU and there were 2 other inmates next to him in the other cells. The three inmates were asked to change from their khaki uniform to their orange SHU uniform. When inmate stated he did not feel comfortable taking his clothes off and being naked in front of the other inmates and staff that were at the door waiting to come in, the officer stated, while looking at his pocket, that "he didn't have any fucks in his pocket" then he turned to the other officers and asked, "if they had any fucks in their pockets." The inmate stated, "they then had to take each article of clothing off and had to have a visual cavity search in front of one another, then put their orange SHU uniform on." Inmate states "this has really been bothering him, that he can't stop thinking about it, he can't eat, so he had asked on Monday and again on Tuesday to speak to someone but was not allowed to speak to someone." He states the "SHU staff were the same on Monday and Tuesday as was on Sunday when the incident occurred." He states he put a note in the cell window and the psychologist noticed it, which prompted the PREA assessment. Inmate denies any form of physical touching occurred.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| | | | | |

# Bureau of Prisons
# Health Services
# Clinical Encounter

18

| | | | |
|---|---|---|---|
| Inmate Name:  MOBLEY, KENNETH | | Reg #: | 32493-509 |
| Date of Birth:  04/25/1981 | Sex:  M  Race:  BLACK | Facility: | FOM |
| Encounter Date:  11/09/2023 15:38 | Provider:  Martin, Cindy RN | Unit: | Z04 |

Injury Assessment - PREA evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY  1**        **Provider:**    Martin, Cindy RN

  **Date of Injury:**      11/05/2023 08:00        **Date Reported for Treatment:**      11/09/2023 15:38

  **Work Related:**    No        **Work Assignment:**    SHU AD UNG

  **Pain Location:**

  Pain Scale:    0

  Pain Qualities:

  **Where Did Injury Happen (Be specific as to location):**

    SHU holding cell #1

  **Cause of Injury (Inmate's Statement of how injury occurred):**

    Breach of privacy

  **Symptoms (as reported by inmate):**

    Made to change in front of two other inmates in adjacent cells and Staff waiting in the SHU sallyport.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/09/2023 | 15:57 FOX | 98.0 | 36.7 | | Martin, Cindy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/09/2023 | 15:57 FOX | 76 | | | Martin, Cindy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/09/2023 | 15:57 FOX | 18 | Martin, Cindy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/09/2023 | 15:57 FOX | 144/96 | | | | Martin, Cindy RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/09/2023 | 15:57 FOX | 99 | | Martin, Cindy RN |

**General Assessment**

PREA General Assessment
DO NOT LEAVE THE PATIENT ALONE

Advise the patient to delay shower, wash, drink, eat, change clothing, or use the bathroom until evidence can be collected.

BP-A1123
APR 19

**INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION**

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

I, __KENNETH MOBLEY_____, Reg. # ___32493-509_____
hereby authorize my provider, ___Juchau, Jeffrey (MAT) MD_____ at institution: ___FOM—FORREST CITY MED FCI_____
or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is
recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I
understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health
condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an
opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided
to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should
I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe
discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some
symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this
medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting
my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with
prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side
effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other
medical professional.

| Medication Consenting to: |
|---|
| *Trazodone* (signature) |
| Other Issues Discussed: |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication
as prescribed.

| Inmate Signature: | *(signature)* | Date: | 11-9-2023 |
|---|---|---|---|

Based upon interview, assessment, and medical record review, it is my opinion that this patient _does_ __ does not have decision-
making capacity to give informed consent.

J. Lamarre, FNP-BC
FCC Forrest City

Provider Signature: __(signature)_____ Date: _1-4-24_____

**Provider Use for Special Circumstances Only:**

__ Patient verbally consents to the recommended medication(s), but refuses to sign because:

Provider Signature: _____ Date: _____


PDF            Prescribed by P6010

Exhibit M                28

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Judith Lamarr | DATE: 01/30/2024 |
|---|---|
| FROM: Kenneth Mobley | REGISTER NO.: 32493309 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I was seen by the Alpena 4 Intake Area _____
_____
_____
It's been almost 4 weeks now I _____
still have not received any medicine _____
_____
_____
_____
_____

---

(Do not write below this line)

DISPOSITION:

your Medicates were refilled on 1/18/24
and 1/25/24

Robert V Newman Jr RN

Signature Staff Member

| Date |
|---|
| 1/25/24 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

23

BP-A1123    **INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION**
APR 19
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I, __KENNETH MOBLEY_____, Reg. # ___32493-509_____
hereby authorize my provider, ___Woodard, Sheila S (MOUD) MD_____ at institution: ___FOM--FORREST CITY MED FCI___
or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is
recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I
understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health
condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an
opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided
to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should
I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe
discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some
symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this
medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting
my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with
prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side
effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other
medical professional.

| Medication Consenting to: |
| --- |
| Buspirone Buspirone |
| Other Issues Discussed: |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication
as prescribed.

| Inmate Signature: | | Date: | 1-4-2024 |
| --- | --- | --- | --- |

Based upon interview, assessment, and medical record review, it is my opinion that this patient _✓_does __ does not have decision-
making capacity to give informed consent.

Provider Signature: _____, N.B. Lamarre, FNP-BC___ FCC Forrest City

**Provider Use for Special Circumstances Only:**

__ Patient verbally consents to the recommended medication(s), but refuses to sign because:

_____

Provider Signature: _____    Date: _____

PDF                         Prescribed by P6010

Exibit 𝒪

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

22

| Complex: | FOX--FORREST CITY FCC | Begin Date: | 01/01/2024 | End Date: | 04/24/2024 |
|----------|----------------------|-------------|------------|-----------|------------|
| Inmate: | MOBLEY, KENNETH | Reg #: | 32493-509 | Quarter: | Z03-146LAD |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                    Denied

## Active Prescriptions

busPIRone 10 MG TAB

Take one tablet (10 MG) by mouth twice daily *consent form on file *

| **Rx#:** 558212-FOX | **Doctor:** Juchau, Jeffrey (MOUD) MD | |
| **Start:** 12/11/23 | **Exp:** 06/08/24 | **Pharmacy Dispensings:** 252 TAB in 135 days |

FLUoxetine HCl 20 MG Cap

Take one capsule (20 MG) by mouth every night at bedtime *consent form on file *

| **Rx#:** 558556-FOX | **Doctor:** Lamarre, Judith (MOUD) BCNP | |
| **Start:** 12/14/23 | **Exp:** 12/13/24 | **D/C:** 01/19/24 | **Pharmacy Dispensings:** 14 CAP in 132 days |

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each day

| **Rx#:** 556041-FOX | **Doctor:** Lamarre, Judith (MOUD) BCNP | |
| **Start:** 11/12/23 | **Exp:** 05/10/24 | **Pharmacy Dispensings:** 154 TAB in 164 days |

traZODone HCl  50 MG Tab

Take one tablet (50 MG) by mouth at bedtime *consent form on file * ***pill line***

| **Rx#:** 561636-FOX | **Doctor:** Woodard, Sheila S (MOUD) MD | |
| **Start:** 01/26/24 | **Exp:** 07/23/24 | **Pharmacy Dispensings:** 90 TAB in 89 days |

| Inmate Name: | MOBLEY, KENNETH | | | | Reg #: | 32493-509 | 26 |
| Date of Birth: | 04/25/1981 | Sex: | M   Race: BLACK | | Facility: | FOM | |
| Encounter Date: | 11/09/2023 13:35 | Provider: | Lamarre, Judith (MAT) | | Unit: | Z04 | |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**Height:**

| **Date** | **Time** | | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|---|
| 11/09/2023 | 13:50 FOX | | 69.0 | 175.3 | Lamarre, Judith (MAT) BCNP |

**Weight:**

| **Date** | **Time** | | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|---|
| 11/09/2023 | 13:50 FOX | | 149.0 | 67.6 | | Lamarre, Judith (MAT) BCNP |

**Exam:**

**General**
    **Affect**
        Yes: Pleasant, Cooperative

**Skin**
    **Color**
        Yes: Within Normal Limits

**Head**
    **General**
        Yes: Symmetry of Motor Function

**Mouth**
    **General**
        Yes: Within Normal Limits

**Comments**

42 YO AA male with depression and HTN.
He c/o s/s of depression. He denied current suicidal ideation.

Allergies to medication reviewed and update applied. See chart for most recent patient medications and allergies.
He said he has taken Prozac for depression before.
He c/o right shoulder pain s/p altercation. No swelling or bruising noted to his right shoulder. He said he has pain when trying to raise his right hand. No difference noted to left shoulder.

Plan: Will Do x-ray to the right shoulder and order Ibuprofen 800 mg po BID for pain. Will also order Prozac 20 mg po daily for s/s of depression. Will write consult for psych. services.
I/M advised to inform medical if condition worsens.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Pain, unspecified, R52 - Current - *Pain to right shoulder s/p altercation*

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | FLUoxetine HCl Capsule | 11/09/2023 13:35 |

    **Prescriber Order:**  20 mg Orally  at bedtime x 365 day(s) -- May self carry after 30 days if compliant.
    Indication:  Unspecified Depressive Disorder

| | Ibuprofen Tablet | 11/09/2023 13:35 |
|---|---|---|

    **Prescriber Order:**  800 mg Orally  -  Two Times a Day x 5 day(s) -- Take with foods or milk. Take 2 tablets (800 MG).

| Inmate Name: | MOBLEY, KENNETH | | | | Reg #: | 32493-509 | 27 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 04/25/1981 | Sex: | M   Race:  BLACK | | Facility: | FOM | |
| Encounter Date: | 11/09/2023 13:35 | Provider: | Lamarre, Judith (MAT) | | Unit: | Z04 | |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication:   Pain, unspecified | |
| | Start Now:  Yes | |
| | Night Stock Rx#: | |
| | Source:  Pyxis | |
| | Admin Method:   Self Administration | |
| | Stop Date:   11/14/2023 13:34 | |
| | MAR Label:  800 mg Orally  -  Two Times a Day x 5 day(s) — Take with foods or milk. Take 2 tablets (800 MG). | |
| | One Time Dose Given:  No | |

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-General [Right] | One Time | | 11/13/2023 | Routine |

Specific reason(s) for request (Complaints and findings):

C/o 6/10 pain s/p altercation.

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Psychology | 12/27/2023 | 12/27/2023 | Routine | No | |

Subtype:

On-site

Reason for Request:

I/M said he has sadness, emptiness or feeling down
loss of interest in daily activities
tiredness and lack of energy.
Loss of appetite and cried easily.
Sleep only 3–4 hears per night.
He denied allergies to medication.
He denied current suicidal ideation, but stated he has had it in the past.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 11/23/2023 00:00 | MLP 02 |

X-ray to right shoulder.

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/09/2023 | Counseling | Access to Care | Lamarre, Judith | Verbalizes Understanding |
| 11/09/2023 | Handout | Depression | Lamarre, Judith | Verbalizes Understanding |
| 11/09/2023 | Counseling | Compliance - Treatment | Lamarre, Judith | Verbalizes Understanding |

Ex.bit S

# Bureau of Prisons
# Health Services
# Clinical Encounter

13

| | | |
|---|---|---|
| Inmate Name: MOBLEY, KENNETH | | Reg #: 32493-509 |
| Date of Birth: 04/25/1981 | Sex: M Race: BLACK | Facility: FOM |
| Encounter Date: 11/21/2023 09:21 | Provider: Shahan, E. RN | Unit: Z04 |

Nursing - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Shahan, E. RN

Chief Complaint:   Back Pain

Subjective:   I was sleeping real hard and fell from top bunk to the floor, landing on my back. This happened Friday and aint nobody gave me no pain meds or seen me. I been putting in sick calls, I guess I got to call my lawyer.

Pain:   Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 11/21/2023 09:22 |
| Location: | Back-Lower |
| Quality of Pain: | Aching |
| Pain Scale: | 10 |
| Intervention: | Ibuprofen |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | trying to walk |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**ASSESSMENT:**

Condition Stable

IM stopped nurse during morning rounds to report a fall from the top bunk which he says occurred sometime Friday. He states that he has informed medical staff several times. This nurse did sick call rounds on Mon. and collected HSU mail box items and did not speak to inmate nor receive a sick call. IM claims that new medication is making him sleep too soundly. No bruising to back and no other injuries reported. IM ambulating without difficulty.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/21/2023 | Counseling | Access to Care | Shahan, E. | Verbalizes Understanding |

# Bureau of Prisons
# Health Services
# Cosign/Review

12

| Inmate Name: | MOBLEY, KENNETH | | | Reg #: | 32493-509 |
|---|---|---|---|---|---|
| Date of Birth: | 04/25/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/02/2023 14:01 | Provider: | Martin, Cindy RN | Facility: | FOM |

**Cosigned by Lamarre, Judith (MAT) BCNP on 12/05/2023 15:25.**

# EVERY PERSON HAS THE RIGHT TO BE SAFE FROM SEXUAL ABUSE

The Federal Bureau of Prisons has a

# ZERO TOLERANCE POLICY

If you or someone you know has been a victim of sexual abuse/assault, you should immediately:

## SPEAK UP - TELL SOMEONE - REPORT IT

Tell Any Staff Member at Any Facility

File an Administrative Remedy

Email outside of BOP:

DOJ Sexual Abuse Reporting Mailbox

(TRULINCS)

Write to:

Office of the Inspector General
U.S. Department of Justice
Investigation Division
950 Pennsylvania Avenue, N.W
Room 4706
Washington, DC 20530



BLEY, KENNETH  32493509

Kenneth Mobley 32493509
P.O. Box 3000-MCO
Forrest City AR 72336

FREEDOM
FOREVER/USA

FREEDOM
FOREVER/USA

FREEDOM
FOREVER/USA

Legal
Mail

United States District
Court
600 W. Capital Ave
Suite A-149
Little Rock AR 72201-3325

Legal
Mail

72201$3299 D041