United States District Court
Easter District of Arkansas
Delta Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Case: 2:24-cv-00029-LPR-ERE

JUN 11 2024

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

Kenneth Mobley                                    Plaintiff

V.

Garrett, et al.                                   Defendants

**\* Motion \***

Comes the Plaintiff with an Act of Compliance to the last
order Concerning "Doe". The Doe's Name is Stallhood.
He also has Retaliated as well Even today June 5th 2024.

It was a mistake to Leave Warden Edge off the Amended
Complaint as she was Key in Not Reporting, allowing Retaliation, and
Non-seperation (As Required in the Program Statement), as she is
the Prea Coordinator. However if the Court Will not
Re-add her it will be fine.

Respectfully,