IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH MOBLEY**  **PLAINTIFF**
Reg. #32493-509

V.  NO. 2:24-cv-00029-LPR-ERE

**GARRETT,** *et al.*  **DEFENDANTS**

## ORDER

For reasons that follow, the Recommended Disposition ("RD") entered on January 15, 2025 (*Doc. 73*) is withdrawn and *pro se* Plaintiff Kenneth Mobley has until Monday, May 5, 2025 to file a response to Defendants' motion for summary judgment. *Docs, 69, 70, 71*.

On February 15, 2024, Mr. Mobley, then confined at the Federal Correctional Facility in Forrest City, Arkansas ("FCI-FC"), filed this civil rights lawsuit against FCI-FC officers, seeking relief for alleged violations of his constitutional rights. Mr. Mobley was subsequently transferred to the FCI Manchester, Kentucky, and he filed notice of his address change. *Doc. 48*.

On January 15, 2025, I issued an RD (*Doc. 73*), recommending that the Court grant Defendants' motion for summary judgment filed December 11, 2024. *Docs. 69, 70, 71*. Subsequently, Mr. Mobley requested a copy of every filing in this case, reporting that BOP staff at FCI Manchester had confiscated his legal materials and mail. *Doc. 76 at 1*. On February 28, I directed the Clerk to mail Mr. Mobley several

filings, including the January 15 RD and Defendants' motion for summary judgment, and I provided Mr. Mobley additional time, until March 28, to respond to Defendants' motion. *Doc. 79*.

On April 7, 2025, the Clerk entered two submissions by Mr. Mobley, both dated March 1, 2025: (1) objections to the January 15 Recommendation (*Doc. 80*); and (2) a motion for a temporary restraining order ("TRO") directing the Warden at FCI McDowell to release his mail and Court documents. *Doc. 81*. Neither filing addresses the merits of Defendants' motion for summary judgment, but in both, Mr. Mobley reports that he never received the motion for summary judgment or the January 15 RD. In addition, the filings indicate that at some point, Mr. Mobley was transferred to FCI McDowell, West Virginia.

On April 9, 2025, Defendants responded to Mr. Mobley's objections and motion for TRO and confirmed that he has been housed a FCI McDowell since February 26, 2025.[1] *Doc. 82-1*. Defendants report that they will resend copies of their motion for summary judgment and supporting documents to Mr. Mobley at his new address.

Based on the current record, it appears that Mr. Mobley has never received Defendants' motion for summary judgment or the RD entered January 15.

---

[1] Mr. Mobley never filed notice of his address change as required by the Initial Order in this case and Local Rule 5.5(c)(2). *Doc. 5 at 1*.

IT IS THEFORE ORDERED that:

1. The RD entered January 15, 2025 (*Doc. 73*) is WITHDRAWN. Once Mr. Mobley has had an opportunity to respond to Defendants' motion for summary judgment, I will issue an Amended RD addressing the summary judgment motion. Assuming Mr. Mobley does not withdraw his motion for a TRO,[2] the Amended RD will also address that motion.

2. The Clerk is directed to update Mr. Mobley's address to:

> FCI McDowell
> 101 Federal Drive
> Welch, WV  24801

3. The Clerk is directed to mail Mr. Mobley a copy of docket entries *69, 70, 71, 73,* and *79* along with a copy of this Order.

---

[2] Mr. Mobley's motion for a TRO is properly construed as a motion for a preliminary injunction. The standard applicable to a TRO and a preliminary injunction is the same, but a TRO is an emergency remedy, normally issued *ex parte*, that preserves the status quo and prevents immediate injury for a short period until a hearing on a preliminary injunction can proceed. Fed. R. Civ. P. 65(b). A preliminary injunction, on the other hand, requires notice and an opportunity for all parties to be heard, and it serves to preserve the relative status of the parties and prevent irreparable damage until a final decision on the merits. *Ferry-Morse Seed Co. v. Food Corn, Inc.*, 729 F.2d 589, 593 (8th Cir. 1984).

4. Mr. Mobley has up to and including **Monday, May 5, 2025** to file a response to Defendants' motion for summary judgment. *Docs, 69, 70, 71*.

Dated 10 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE