**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KENNETH MOBLEY**                                                                    **PLAINTIFF**
**Reg #32493-509**

**v.**                                            **No. 2:24-cv-00029-LPR-ERE**

**CHAD GARRETT,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin (Doc. 89).  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Motions for Preliminary Injunctive Relief (Docs. 81 & 85) are DENIED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 26th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's adoption of this PRD should not be taken as an endorsement of the pronouns or honorifics used to describe Plaintiff.